■ In the Matter of DAVID MAXWELL, Petitioner, v MARY H. SMITH, Respondent. [955 NYS2d 527]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Dillon, Roman and Cohen, JJ., concur.